State of Florida ex rel. v. Martin—Opinion of Court.

THE STATE OF FLORIDA, *ex rel.* RUFUS D. ROWE AND JAMES
W. BARRETT, PARTNERS DOING BUSINESS AS R. D. ROWE
& CO., PLAINTIFF IN ERROR, VS. JAMES P. MARTIN, COUN-
TY JUDGE OF MADISON COUNTY, FLORIDA, DEFENDANT
IN 'ERROR.

A writ of error to review the judgment of a Circuit Court
refusing to compel by mandamus the issuance of a license
to carry on and conduct a mercantile business, will be dis-
missed where it appears that the time during which such
license would have remained operative has expired.

Writ of Error to the Circuit Court for Madison County.

Dismissed by the Court.

*H. J. McCall*, for Plaintiff in Error.

*Chas. E. Davis*, for Defendant in Error.

PER CURIAM.

This cause was referred by the court to its commission-
ers who report that the writ of error ought to be dis-
missed.

The writ of error is sued out from a judgment of the
Circuit Court of Madison county, rendered on September
10th, 1897, in a proceeding by *mandamus* to require the
defendant in error, as County Judge of Madison county,
to issue to the relators a license to carry on, conduct and
manage a mercantile business in said county and State.

An alternative writ issued and defendant in error filed
his answer, to which a demurer was interposed. The court

overruled the demurer, denied the application for peremptory writ and adjudged that defendant in error go without day.

The time during which such license would have remained operative, if issued, has long since expired. It would, therefore, be fruitless to pass on the merits of the case on this writ of error, and it will, therefore, be dismissed. Broward v. Duval Athletic Club, 39 Fla. 751, 23 South. Rep. 489; State *ex rel.* Vereen v. Commissioners of Marion County, 27 Fla. 438, 8 South. Rep. 849.